UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

IN RE:

**J&D RESTAURANT HOLDINGS, LLC.**     Case No.  08-23958 BKC-PGH
                                                                    Chapter 7
    Debtor.
_____/

**TRUSTEE'S MOTION FOR ENTRY OF ORDER AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C §§105(a), 363, AND 365**

Deborah Menotte, as Chapter 7 Trustee ("Menotte" or the "Trustee") for J&D Restaurant Holdings, LLC ("the Debtor"), by and through undersigned counsel, respectfully requests that this Honorable Court enter an Order pursuant to 11 U.S.C. §§105(a); 363 and 365 authorizing the Trustee to sell assets free and clear of liens, claims and encumbrances and in support for such relief would show as follows:

1.      This case was converted from a case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") to a case under Chapter 7 on December 12, 2008.  [DE #111].

2.      Menotte is the duly qualified and acting trustee in this case, appointed on December 15, 2008. [DE #112].

3.      Prior to conversion, the Debtor operated its business as restaurant owner and franchisor of R. J. Gator's Florida Sea Grill and Bar ("RJ Gators").

4.      The Debtor and now the Trustee, owns all of the rights, title and interest to the RJ Gators intellectual property, name and goodwill, including that certain service marks registered with the Unites States Patent & Trademark Office on the Principal Register as follows: R.J. GATORS FLORIDA FOOD 'N FUN (Registration No 2827079) ; R.J. GATORS HOMETOWN

GRILL & BAR GREAT TIMES…EVERY TIME! (Registration No. 2827079); THE BEST TAIL IN TOWN! (Registration No. 1825590); and, R.J. GATOR'S (Registration No. 1470214), (the "Intellectual Property").

5. At the time the case was converted, the Debtor as franchisor was a party to a number of franchise agreements (the "Franchise Agreements") (the "Intellectual Property" and the "Franchise Agreements" shall be collectively referred to as the "Personal Property").

6. Currently, there are eight remaining franchised RJ Gators restaurants that are still operating. The Trustee, standing in the shoes of the Debtor, is the owner of the RJ Gators intellectual property and a party to the Franchise Agreements with the following remaining franchisees: Orlando Restaurant Group of Indian Harbour Beach, LLC, Orlando Restaurant Group of Melbourne, LLC, Orlando Restaurant Group of Oviedo, LLC, Graham Restaurants, Inc. d/b/a R.J. Gator's at Lake Sumtar Landing, Quickdraw Enterprises I, LLC, Brooks RJG#1, Ltd., RJ Gator's Lake Norman ("Lake Norman"), and RJ Gator's/Gastonia ("Gastonia") (collectively the "Franchisees").

7. Prior to the conversion of the case, six of the eight Franchisees (excluding Lake Norman and Gastonia) (the "Adversary Franchisees") instituted an adversary proceeding (the "Pending Adversary") before this Court seeking damages and declaratory judgment in relation to payments due and obligations owing arising out of the Franchise Agreements. *See* Adversary Proceeding #: 08-01751-PGH, filed in the above captioned case.

8. Subject to Court approval, the Trustee has entered an agreement with Graham Restaurants, Inc., 1103 Highway 29 South, East Dublin, Georgia 31027 ("GRI") for the sale of the Personal Property, which shall included an assignment of the Intellection Property as well as the Franchise Agreement for the total purchase price of Twenty Thousand Dollars ($20,000.00). As further consideration for the sale which the Franchisees have consented to, the Franchisees

have agreed to the assumption and assignment of the Franchise Agreements which shall include an agreement that any cure costs are waived, that all claims against the estate shall be deemed satisfied, and the Adversary Franchisees have agreed to a dismissal with prejudice of the Pending Adversary (the "Sale").

9. Since her appointment, the Trustee and her counsel have spent a lot of time attempting to market the Personal Property for sale through various brokers and professionals in the industry. Despite such efforts, the only interested purchasers were the Franchisees who are still operating with the RJ Gators Personal Property. Accordingly, the Trustee submits that approval of the sale to GRI is in the best interests of the estate.

## RELIEF REQUESTED

10. By this Motion, the Trustee requests that this Court enter an Order pursuant to 11 U.S.C. §§ 105(a), 363 and 365 of the Bankruptcy Code (a) approving by way of sale, the sale of, and corresponding assumption and assignment of all Franchise Agreements, and sale of the Personal Property described herein free and clear of liens, claims and encumbrances.

11. That upon approval of the Sale, GRI shall pay the sum of the Twenty Thousand Dollars ($20,0000.00), the Adversary Franchisees shall dismiss the Pending Adversary with prejudice, the Trustee shall prepare and submit an agreed order deeming any and all claims of the Franchisees satisfied, the Trustee shall execute and assignment of the Intellectual Property and the Franchise Agreements and the parties shall exchange mutual general releases and any other documentation deemed necessary to complete the Sale.

### Grounds for Relief

12. Section 365(a) of the Bankruptcy Code provides that a debtor-in-possession may assume any executory contract or unexpired lease, subject to the court's approval. 11 U.S.C. § 365(a). A debtor may assume a lease if it is a proper exercise of the debtor's business judgment.

See e.g. *In re James Cable Partners, L.P.*, 27 F.3d 534 (11th Cir.1994). The Trustee believes that the assumption of the Franchise Agreements and corresponding sale and assignment to GRI is in the best interest of the estate.

13. In accordance with Bankruptcy Rule 6004(f)(1), the sale of property outside the ordinary course of business may be by private sale. See Fed. R. Bankr. P. 6004(f)(1). The offer to purchase the Personal Property as set herein represents the highest and best current offer for the assets described herein. The sale to GRI can, and should, be approved by the Court for the reasons more fully set for below.

14. GRI is currently operating an RJ Gators franchise and has tentative agreement with the Adversary Franchisees and of the remaining Franchisees under which all parties can continue to operate as RJ Gators. Moreover, the Franchisees are all in agreement to the assumption and assignment of the Franchise Agreements to GRI. Accordingly, the requisite adequate assurance of future performance pursuant to 11 U.S.C. § 365 with respect to the potential assumption and assignment of the Franchise Agreements is satisfied.

15. The Trustee requests the authority to assume, assign and sell the Franchise Agreements and the Personal Property free and clear of any and all liens, claims, interest, and encumbrances. The Trustee believes that the only party with an interest in the Franchise Agreements and the Personal Property is the actual Franchisees themselves who are still operating as RJ Gators and are in agreement to the Sale. There is no secured creditor that has a lien against the Personal Property or the proceeds from the sale of the Franchise Agreements. Bankruptcy Code Section 363 (f) permits a debtor to sell property free and clear of third party interest only if (1) applicable non-bankruptcy law permits it, (2) the third party consents, (3) the interest is a lien and the purchase price is greater than the aggregate value of all liens on the property, (4) the interest is in bona fide dispute, or (5) the third party could be legally or

*Case No. 08-23958 BKC-PGH*

equitably compelled to accept a money satisfaction of that interest. Since Bankruptcy Code 363(f) is written in the disjunctive, any of the five conditions, including "consent" of the lien holders, provides authority to sell free and clear of liens. *See Citicorp Homeowners Services, Inc. v. Elliott (In re Elliot)*, 94 B.R. 343, 345 (Bankr. E.D. Pa. 1988). As there is no secured creditor, the Trustee believes that Section 363(f) is not applicable to this Sale.

16. Section 363 (b)(1) states that the "trustee, after notice and a hearing, may use sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. §363 (b)(1). Courts usually defer to the business judgment of a debtor to sell property outside the ordinary course of business. *See e.g., In re Continental Airlines, Inc.*, 780 F.2d 1223 (5th Cir. 1986); *In re Lionel Corp.*, 722 F.2d 1063, 1071 (2nd Cir. 1983).

17. In considering whether a debtor is justified in selling assets outside the ordinary course of business, courts consider four factors: (1) a sound business, reason or emergency justifies a pre-confirmation sale; (2) adequate and reasonable notice of the sale was provided through interested parties; (3) the sale has been proposed in good faith; and (4) the purchase price is fair and reasonable. *Id.*

18. The Trustee, both herself and through counsel, have tried to sell the Personal Property but have had not success in locating a buyer interested in purchasing the RJ Gators Personal Property other than the Franchisees that are still operating their particular franchises. All of these remaining Franchisees are in agreement to the Sale, including the assumption and assignment of the Franchise Agreements with a waiver of cure costs, if any, upon assumption. Based upon the reasons articulated herein, the Trustee submits that there is a sound business reason for the sale, there has been adequate notice of the Sale, the Sale is being proposed in good faith, and the purchase price if fair and reasonable.

19. It is the Trustee's business judgment, based upon the attempts to sell these assets

5

to date, the Franchisees' agreement that upon assumption the estate will not incur any cure amount, that upon the approval of the Sale, the Franchisees will dismiss the Pending Adversary, compromise any claims against the estate and exchange mutual general releases, that the sale to GRI is in the best interest of the Estate.

WHEREFORE, for the reasons stated above, the Trustee Deborah Menotte, as Chapter 7 Trustee for J&D Restaurant Holdings LLC, respectfully requests the Court enter an order authorizing the Sale to GRI as described herein and for any further relief the Court deems proper under the circumstances.

Dated this 30th day of April, 2009.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**Rice Pugatch Robinson & Schiller, P.A.**
101 N.E. Third Avenue, Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: /s/ Lisa M. Schiller
    LISA M. SCHILLER, ESQ.
    Florida Bar No. 984426

*Case No. 08-23958 BKC-PGH*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by the Court's CM/ECF system to the parties who receive notice by this method and via U.S. Mail to all parties listed on the attached Service List on this 30th day of April, 2009.

                    /s/ Lisa M. Schiller
                    Lisa M. Schiller

RICE PUGATCH ROBINSON & SCHILLER, P.A.
ATTORNEYS AT LAW
(954) 462-8000

J&D Restaurant Holdings, LLC
8895 N Military Tr
Palm Beach Gardens, FL 33410-6220


My Maid USA
c/o Dean T Zenick Esq
1700 Palm Beach Lakes Blvd 7 Fl
West Palm Beach, FL 33401-2012

Prickett Partners LLLP
c/o Lennon E Bowen III Esq
600 Jennings Ave
Eustis, FL 32726-6147


1st Fire & Security, Inc.
1410 SW Old Dixie Highway
Vero Beach, FL 32962-6516

ACS Advanced Computing Solutions, Inc.
23 Silver Birch Lane
Clinton, CT 06413-1101

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262


Agri-Tech Enterprises, Inc.
P.O. Box 555
Fort Pierce, FL 34954-0555

Alarm Partners
1025 NW 17 Avenue, #A-1
Delray Beach, FL 33445-2563

American Safety & First Aid, Inc.
P.O. Box 880126
Port Saint Lucie, FL 34988-0126


Anderson Telecom, LLC
1254 Okeechobee Road
West Palm Beach, FL 33401-6950

Atlanta Gas/Florida City Gas
POB 4569
Atlanta, GA 30302-4569

Atlantic Coast Fire Equipment Co., Inc.
3402 SW 26th Terrace
Suite 4
Dania, FL 33312-5071


Bar Maid Corporation
2950 NW 22nd Terrace
Pompano Beach, FL 33069-1045

Bartman Enterprises
2735 Center Place, Suite 101
Melbourne, FL 32940-7181

Beach Environmental Exterminating, Inc.
5490 Dexter Way
West Palm Beach, FL 33407-2219


Bernie Little Distributors
P.O. Box 1128
Eaton Park, FL 33840-1128

Blue Cross Blue Shield of Florida
P.O. Box 105358
Atlanta, GA 30348-5358

Brenda Nealy
5912 N 32 St
Tampa FL 33610-3657


Brown Distributing Company, Inc.
1300 Allendale Road
West Palm Beach, FL 33405-1085

CIT TECHNOLOGY FINANCING SERVICES
10201 CENTURION PKWY N. #100
JACKSONVILLE, FL 32256-4114


CIT Technology Fin Service
21146 Network Place
Chicago, IL 60673-1211

Chasewood Plaza
C/O Regency Centers, LP
P.O. Box 532937
Atlanta, GA 30353-2937

Clear Channel
P.O. Box 402601
Atlanta, GA 30384-2601

Cohen Norris Scherer Weinberger & Wolmer
712 U.S. Highway One
Suite 400
North Palm Beach, FL 33408-4521

Collis Electric, Inc.
752 NW Avens Street
Port Saint Lucie, FL 34983-1106


Comcast
P.O. Box 105184
Atlanta, GA 30348-5184

Compbenefits
P.O. Box 769649
Roswell, GA 30076-8225

David R MacKenzie
1911 SE 29 St #1
Okeechobee FL 34974-6401


David Steiner
44 Somerset Terrace
Palm Beach Gardens, FL 33418-4599

David Steiner and Jeffrey Flegel
c/o Ward Damon & Posner
4420 Beacon Cir
West Palm Beach FL 33407-3281

Dawn Boyer
9275 SE 58 Dr
Okeechobee FL 34974-1405


Daydots
1801 Riverbend West Drive
Fort Worth, TX 76118-7031

Denise Forbes
6748 NE 5 St
Okeechobee FL 34974-8013

DirecTV
P.O. Box 60036
Los Angeles, CA 90060-0036


Du-All Sewer & Drain
509 South H. Street
Lake Worth, FL 33460-4438

Ecolab
P.O. Box 905327
Charlotte, NC 28290-5327

Ecolab Inc
655 Lone Oak Dr #A-1
Eagan MN 55121-1649


Embarq
P.O. Box 96064
Charlotte, NC 28296-0064

Embarq Florida Inc
POB 7971
Shawnee Mission KS 66207-0971

Ferrell Gas
P.O. Box 173940
Denver, CO 80217-3940


Ferrellgas
1 Liberty Plaza
Liberty MO 64068-2971

Fintech.net
4720 West Cypress Street
Tampa, FL 33607-3848

Florida City Gas
P.O. Box 11812
Newark, NJ 07101-8112


Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

Florida Department of Revenue
Post Office Box 6668
Tallahassee, FL  32314-6668

Florida Penny Saver
2751 South Dixie Highway
West Palm Beach, FL 33405-1233


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Pure Water
P.O. Box 6189
Stuart, FL 34997-0189

Fort Pierce Utilities Authority
P.O. Box 3191
Fort Pierce, FL 34948-3191


Fresh Beer
1520 SE 3rd Avenue
Fort Lauderdale, FL 33316-2502

GCS Service Inc.
P.O. Box 64373
Saint Paul, MN 55164-0373

GMAC
PO Box 130424
Roseville, MN 55113-0004

| | | |
|---|---|---|
| Gardens Park Plaza, LTD.<br>505 South Flagler Drive<br>Suite1010<br>West Palm Beach, FL 33401-5923 | George Dalton, Sr. Trust<br>3905 Northlake Blvd.<br>Lake Park, FL 33403-1504 | |
| Gold Coast Beverage Distributors<br>3325 NW 70 Avenue<br>Miami, FL 33122-1332 | Greenleaf Compaction, Inc.<br>P.O. Box 29661-2008<br>Phoenix, AZ 85038 | |
| Halsey & Griffith<br>1170 NW 163 Street<br>Miami, FL 33169-5816 | Heritage Propane<br>14591 South Military Trail<br>Delray Beach, FL 33484-3730 | Imperial Premium Finance Inc<br>101 Hudson St, 34 Fl<br>Jersey City NJ 07302-3905 |
| Indian River County Utilities<br>1801 27 Street<br>Vero Beach, FL 32960-3388 | Indian River Mall<br>P.O. Box 643183<br>Pittsburgh, PA 15264-3183 | Insurance Office of America, Inc.<br>P.O. Box 162207<br>Altamonte Springs, FL 32716-2207 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | JJ Taylor<br>5102 South 16 Avenue<br>Tampa, FL 33619-5336 | Jeffrey Flegel<br>9253 100 Street<br>Miami, FL 33178-1431 |
| Joseph Estes<br>137 SW Fairchild Ave<br>Pt St Lucie FL 34984-4906 | KRK Enterprises, Inc.<br>P.O. Box 13571<br>Fort Pierce, FL 34979-3571 | Kemp Signs, Inc.<br>1767 Hill Avenue<br>Palm Beach Gardens, FL 33407-2236 |
| Kemper Business Systems<br>1100 East Strawbridge Avenue<br>Melbourne, FL 32901-4777 | Kevin Dalton<br>c/o I95 Northlake Shell<br>3905 Northlake Blvd.<br>Lake Park, FL 33403-1504 | L.A. Printing & Promotions<br>9898 Gulf Blvd.<br>Treasure Island, FL 33706-3214 |
| Lamm, Krielow, Dytrych & Co., CPA<br>500 University Blvd., #215<br>Jupiter, FL 33458-2775 | Loxahatchee River District<br>P.O. Box 8800<br>Jupiter, FL 33468-8800 | Martin County Utilities<br>P.O. Box 9000<br>Stuart, FL 34995-9000 |
| Max Air Control<br>551 SW Duval Avenue<br>Port Saint Lucie, FL 34983-2423 | Metro Fire Protection Services, Inc.<br>1501 SE Decker Avenue, #522<br>Stuart, FL 34994-3953 | Money Saver<br>1308 NE Business Park Place<br>Jensen Beach, FL 34957-5323 |
| Monster, Inc.<br>P.O. Box 90364<br>Chicago, IL 60696-0364 | Morgan White Administrators, Inc.<br>P.O. Box 14067<br>Jackson, MS 39236-4067 | Most Wanted Air<br>13830 SW 16 Drive<br>Okeechobee, FL 34974-8836 |

| | | |
|---|---|---|
| My Maid USA<br>c/o Dean T Xenick Esq<br>1700 Palm Beach Lakes Blvd, 7th FL<br>West Palm Beach FL 33401-2012 | NTN Buzztime, Inc.<br>c/o Wells Payment Technologies<br>Dept #1088<br>Los Angeles, CA 90084-0001 | Northlake Corporate Park, LLC<br>c/o Capital Realty Advisors, Inc.<br>P.O. Box 028113<br>Miami, FL 33102-8113 |
| Northlake Corporate Park, LLC<br>c/o Denise D. Dell-Powell, Esq. and<br>Jules S. Cohen, Esq.<br>Akerman Senterfitt<br>PO Box 231<br>Orlando, FL 32802-0231 | NuCo2<br>2800 SE Market Pl<br>Stuart FL 34997-4965 | NuCo2, Inc.<br>P.O. Box 9011<br>Stuart, FL 34995-9011 |
| Nuvox Communications<br>2 N Main St<br>Greenville SC 29601-2719 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Okeechobee Utility Account<br>100 SW 5th Avenue<br>Okeechobee, FL 34974-4400 |
| PIP Printing<br>742 US Highway One<br>North Palm Beach, FL 33408-4410 | Palm Beach County Water Utilities<br>P.O. Box 24740<br>West Palm Beach, FL 33416-4740 | Palm Beach Maintenance, Inc.<br>9337-B Howell Lane<br>Palm Beach Gardens, FL 33418-4510 |
| Paytronix<br>307 Waverley Oaks Trail<br>Waltham, MA 02452-8413 | Pepsiamericas<br>75 Remittance Drive, #1884<br>Chicago, IL 60675-1884 | Pesco<br>P.O. Box 960<br>Winter Haven, FL 33882-0960 |
| Phil Berger<br>700 S. Parrot Avenue<br>Okeechobee, FL 34974-5138 | Pinnacle Hospitality Systems<br>2001 W. Cypress Creek Road<br>Fort Lauderdale, FL 33309-1865 | Pitney Bowes<br>P.O. Box 856390<br>Louisville, KY 40285-6390 |
| Premier Beverage Company<br>P.O. Box 820410<br>South FL, FL 33082-0410 | Prickett Partners LLLP<br>Attn: Lenon E Bowen III Esq<br>600 Jennings Ave<br>Eustis FL 32726-6147 | Prickett Properties<br>P.O. Box 1599<br>Eustis, FL 32727-1599 |
| Prickett Properties<br>c/o Bowen Radson Schroth PA<br>600 Jennings Ave<br>Eustis FL 32726-6147 | Pro Security<br>2740 SW Martin Downs Blvd.<br>Palm City, FL 34990-6046 | |
| R.J. Phillips, Inc.<br>7700 Congress Avneue, #1118<br>Boca Raton, FL 33487-1354 | Republic Services of Florida<br>Treasure Coast Refuse<br>3905 Oslo Road<br>Vero Beach FL 32968-4999 | Restaurant Technologies, Inc.<br>12962 Collections Center Drive<br>Chicago, IL 60693-0129 |

| | | |
|---|---|---|
| Richard's Knife Service<br>P.O. Box 12345<br>Fort Pierce, FL 34979-2345 | Rickey's<br>4799 Hollywood Blvd.<br>Hollywood, FL 33021-6503 | Robert Erneston Produce Co., Inc.<br>630 SE Flagler Avenue<br>Stuart, FL 34994-2203 |
| Roto Rooter<br>P.O. Box 13571<br>Fort Pierce, FL 34979-3571 | S&D Coffee, Inc<br>P.O. Box 1628<br>Concord, NC 28026-1628 | Seacoast Utility<br>4200 Hood Road<br>Palm Beach Gardens, FL 33410-2198 |
| Shoppes of Monterey<br>500 Austrian Avenue S<br>Suite 710<br>West Palm Beach, FL 33401-6237 | South East Cutlery Service<br>407 East Prospect Road<br>Oakland Park, FL 33334-1422 | |
| Southeast Hood & Duct<br>9418 Bunting Lane<br>Fort Pierce, FL 34951-2947 | Southern Eagle Dist., Inc.<br>5300 Glades Cutoff Rd.<br>Fort Pierce, FL 34981-4699 | Southern Wine & Spirits<br>P.O. Box 90249<br>Lakeland, FL 33804-0249 |
| Spanish Lakes Utilities<br>8000 U.S. 1, #402<br>Port Saint Lucie, FL 34952-2338 | St. Lucie County Tax Collector<br>1664 S.E. Waltor Road<br>Port Saint Lucie, FL 34952-4686 | Staples Business Advantage<br>P.O. Box 530621<br>Atlanta, GA 30353-0621 |
| Staples Inc<br>300 Arbor Lake Dr<br>Columbia SC 29223-4536 | State of Florida, Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Summit<br>P.O. Box 32034<br>Lakeland, FL 33802-2034 |
| Teco<br>P.O. Box 31017<br>Tampa, FL 33631-3017 | Temp Tech Services<br>6901 Okeechobee Blvd., #D5<br>West Palm Beach, FL 33411-2513 | The Palm Beach Post<br>P.O. Box 24699<br>West Palm Beach, FL 33416-4699 |
| The Pepsi Bottling Company<br>P.O. Box 75948<br>Chicago, IL 60675-5948 | Thies Distributing<br>5020 Glades Road<br>Fort Pierce, FL 34981 | Thies-Lake Worth<br>201 East Coast Street<br>Lake Worth, FL 33460-4422 |
| Toshiba<br>P.O. Box 402709<br>Atlanta, GA 30384-2709 | Treasure Coast Ice System<br>408 Farmers Market Road<br>Fort Pierce, FL 34982-6687 | Treasure Coast Refuse<br>3905 Oslo Road<br>Vero Beach, FL 32968-4999 |
| Treasure Coast Window Cleaning, Inc.<br>P.O. Box 1632<br>Vero Beach, FL 32961-1632 | U.S. Foodservice, Inc.<br>c/o Michelle Novick, Esq.<br>Arnstein & Lehr, LLP<br>120 S. Riverside Dr. Suite 1200<br>Chicago, IL 60606-3910 | UPS<br>P.O. Box 7247<br>Philadelphia, PA 19170-0001 |

US Foodservice, Inc.
P.O. Box 281838
Atlanta, GA 30384-1838

Unifirst Corporation
500 SW 13 Terrace
Pompano Beach, FL 33069-3518

Unifirst Corporation
7321 Commercial Cricle
Fort Pierce, FL 34951-4110

Viking Equipment Repair
10130 Northlake Blvd., #214-306
West Palm Beach, FL 33412-1101

Waste Management
2421 W Peoria Ave
Phoenix AZ 85029-4944

Waste Management
P.O. Box 9001054
Louisville, KY 40290-1054

Waste Pro
4100 Selvitz Rd
Ft Pierce FL 34981-4728

Wynne Building Corporation
8000 S US #1
Port St. Lucie, FL

Daniel Mahalic
c/o Capital Commercial Real Estate Group
221 W Hallandale Beach Blvd
Hallandale, FL 33009-5441